ALOIS JONASCH, an Infant, etc., Respondent, *v.* THE STANDARD GAS-LIGHT COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued October 25, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 5, 1889, which affirmed a judgment in

favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. W. Hawes* for appellant.

*F. Kurzman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.